UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALE BRYANT

    Plaintiff,                                         Case No. 22-cv-12066
                                                 Honorable Victoria A. Roberts

v.

CITY OF TAYLOR, a municipal corporation,
Officer MAX DORFLINGER, a Taylor Police Officer,
in his individual capacity, Officer AARON LAYNE,
a Taylor Police Officer, in his individual capacity, and
Animal Control Officer LANNY HALL, a Taylor
Animal Control Officer, in his individual capacity,

    Defendants.
_____/

## STIPULATED ORDER EXTENDING THE DUE DATE FOR ALL DEFENDANTS TO FILE RESPONSIVE PLEADINGS TO NOVEMBER 7, 2022

Upon the stipulation of the parties, the deadline for Defendants to file responsive pleadings is November 7, 2022.

    **ORDERED.**

                                                      s/ Victoria A. Roberts
                                                      The Honorable Victoria A. Roberts

Date:  10/21/2022

We stipulate to entry of the above Order:

**AMERICAN CIVIL LIBERTIES UNION FUND**

*/s/ Syeda F. Davidson*__
Syeda F. Davidson (P72801)
Attorney for Plaintiff
*Permission granted to sign on October 19, 2022*

**HOWARD & HOWARD ATTORNEYS PLLC**

*/s/ Mark W. Peyser__
Mark W. Peyser (P35473)
Attorney for Defendants
October 19, 2022

4864-3752-9658, v. 1